FILED
2003 OCT 27 PM 3: 30
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____C_____

1  DANA A. SUNTAG (State Bar No. 125127)
2  ABRAM S. FEUERSTEIN (State Bar No. 133775)
   SUNTAG & FEUERSTEIN
3  A Professional Corporation
   146 West Weber Avenue
4  Stockton, California 95202
   Telephone: (209) 943-2004
5  Facsimile:  (209) 943-0905

6  Attorneys for Defendants
   ABB INC. (formerly named
7  ABB Power T&D Company, Inc.)
   and ASEA BROWN BOVERI, INC.

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI FARAHANI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ABB POWER T&D COMPANY, INC.; ASEA BROWN BOVERI, INC., and ABB, INC.,<br><br>Defendants. | NO. LACV03-7583 AHM PLAx<br><br>DECLARATION OF DANNY E. JULIAN IN SUPPORT OF DEFENDANTS ABB INC. AND ASEA BROWN BOVERI, INC.'S MOTION TO DISMISS ACTION UNDER F.R.C.P. 12(b)(3) BECAUSE OF IMPROPER VENUE<br><br>Date: November 17, 2003<br>Time: 10:00 a.m.<br>Place: Courtroom 14<br><br>The Honorable A. Howard Matz |

I, DANNY E. JULIAN, declare:

1. I have personal knowledge of the facts contained in this Declaration, and, if called on, could and would testify to them.

2. I employed as Principal Consulting R&D Engineer for ABB Inc., which, before July 2001, was named ABB Power T&D Company, Inc. At all times, my office has been located at ABB's offices in Raleigh, North Carolina.

3. In March 2001, Plaintiff Ali Farahani traveled to ABB's offices in Raleigh, North Carolina, on ABB business. I met with Mr. Farahani, along with other ABB employees, on March 15, 2001. The meetings took place at ABB's offices in Raleigh, North Carolina.

4. Thereafter, I had periodic conversations with Mr. Farahani regarding ABB business on approximately a monthly basis from my office in Raleigh, North Carolina.

I declare under penalty of perjury under the laws of the United States of America.

Executed on October 23, 2003, at Raleigh, North Carolina.

*/s/ Danny E. Julian*
DANNY E. JULIAN

# PROOF OF SERVICE

I, the undersigned, am over the age of eighteen years and am a resident of San Joaquin County, California. I am not a party to this action. My business address is c/o 146 West Weber Avenue, Stockton, California 95202.

On October 24, 2003, I served the following document:

**DECLARATION OF DANNY E. JULIAN IN SUPPORT OF DEFENDANTS ABB INC. AND ASEA BROWN BOVERI, INC.'S MOTION TO DISMISS ACTION UNDER F.R.C.P. 12(b)(3) BECAUSE OF IMPROPER VENUE**

Addressed to:

Perry Roshan-Zamir
Law Offices of Perry Roshan-Zamir
2530 Wilshire Blvd., Third Floor
Santa Monica, CA 90403

    XX (BY MAIL) placing the envelope for collection and mailing on the date and at the place showing below following our ordinary business practices. I am readily familiar with the business practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Executed October 24, 2003, at Stockton, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
DOMINIQUE A. BROWN