Perry Roshan-(?)ir, CSB 161656
Law Offices of Perry Roshan-Zamir
2530 Wilshire Blvd., Third Floor
Santa Monica, California 90403

Telephone: (310) 582-1993

Attorney for Plaintiff



NOTE CHANGES MADE BY THE COURT.

FILED
CLERK, U.S. DISTRICT COURT
NOV - 7 2003
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority  ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT
CENTRAL DISTRICT OF CALIFORNIA

ALI FARAHANI, an individual,

    Plaintiff,

vs.

ABB POWER T&D COMPANY, INC.;
ASEA BROWN BOVERI, INC. and
ABB, INC.

    Defendants,

Does 1 through 25

Case No. LACV03-7583 AHM PLAx

[~~PROPOSED~~] ORDER ON EX-PARTE APPLICATION FOR ORDER CONTINUING DEFENDANTS' MOTION TO DISMISS ACTION UNDER F.R.C.P. 12(B)(3) BECAUSE OF IMPROPER VENUE

HAVING CONSIDERED plaintiff's Ex-Parte Application for Order Continuing Defendants' Motion to Dismiss Action under F.R.C.P. 12(b)(3) Because of Improper Venue, the Court orders the following:

IT IS HEREBY ORDERED that defendants' Motion to Dismiss Action under F.R.C.P. 12(b)(3) Because of Improper Venue is hereby continued from November 17, 2003 10:00 a.m. to December 1, 2003. The time for filing and serving

//
//

1
FARAHANI V. ABB POWER
[PROPOSED] ORDER

ENTERED ON JCMS
NOV 10 2003

opposing and ~~i~~ papers are continued to fourteen (14) ~~s~~ and seven (7) days, respectively, preceding the new hearing date. ~~Defendants'~~ Counsel should be ashamed of themselves for forcing this application.

IT IS SO ORDERED

Dated: 11/7/03

*[signature]*
HON. A. HOWARD MATZ
JUDGE OF THE DISTRICT COURT